IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

CLIFTON ONUNWOR,

                     Petitioner,

     -vs-

ERNIE L. MOORE, Warden,

                     Respondent.

---

: CASE NO. 1:14 CV 00651
:
: <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
: <u>RECOMMENDATION AND</u>
: <u>DISMISSING THE PETITIONER'S</u>
: <u>PETITION FOR HABEAS RELIEF</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    Pursuant to Local Rule 72.2(b)(2), the instant Petition for the Writ of Habeas Corpus was referred to United States Magistrate Judge William H. Baughman, Jr., for preparation of a report and recommendation ("R&R"). On 30 April 2015, the Magistrate Judge issued an R&R recommending that the petition be dismissed, because the petitioner's claims are procedurally defaulted. The petitioner's timely objections to the magistrate judge's R&R are now before the Court.

    This Court, having reviewed *de novo* those portions of the R&R to which the petitioner specifically objects, pursuant to Local Rule 72.3(b) and 28 U.S.C. § 636(b)(1), concludes that the petitioner's objections are without merit and that the R&R is without

error. The R&R is accordingly adopted in its entirety. Therefore, for the reasons stated in the R&R, Mr. Onunwor's Petition for the Writ of Habeas Corpus is dismissed. The Court concludes, however, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and whether Mr. Onunwor's claims are procedurally defaulted. Therefore, the Court will grant a certificate of appealability as to the Court's procedural rulings, pursuant to 28 U.S.C. § 2253(c) and <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

    IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 16 June 2015